UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN KAWESKE,

                      Plaintiff,

        -against-

BANCO BRADESCO S.A., BRADESCO
SECURITIES U.S., TRICON ENERGY LTD.,
BERMUDES LAW FIRM, and DOES 1-50,

                      Defendants.

1:25-cv-06588 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On August 26, 2025, the Court directed the Clerk of Court to issue summonses as to all Defendants and directed Plaintiff to serve a summons and copy of the complaint on each Defendant within 90 days of the summonses' issuance. Dkt. 10. In so doing, the Court warned Plaintiff that failure to do so (or to otherwise request an extension) may result in dismissal of Plaintiff's complaint for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41. *Id.*

Plaintiff's deadline to serve Defendants was November 24, 2025. That deadline has passed with Plaintiff having taken no action. As a courtesy, and considering Plaintiff's *pro se* status, the Court will extend Plaintiff's deadline to serve Defendants by 45 days, to **January 9, 2026**. If the Court does not receive a certificate of service or proof of waiver of service by that date, it may dismiss this case for failure to prosecute.

The Clerk of Court is respectfully directed to mail this order to *pro se* Plaintiff at the address listed on the docket.

Dated: November 25, 2025
      New York, New York

                                   SO ORDERED.

                                 *Jennifer Rochon*

                                 JENNIFER L. ROCHON
                                 United States District Judge