
**Driving progress**
**through partnership**
**Louis M. Solomon**
Direct Phone:  +1 212 549 0400
Email:  lsolomon@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

April 28, 2026

**Via ECF**

Honorable Robin F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

Request GRANTED.  The maximum word count for Defendant Tricon's memorandum of law in support of its motion to dismiss is enlarged to 12,000 words.

Dated: May 1, 2026
        New York, New York

**SO ORDERED.**

_Jennifer Rochon_
**JENNIFER L. ROCHON**
**United States District Judge**

**Re:**    ***Kaweske v. Banco Bradesco, S.A., et al.* – Civil No. 1:25-cv-06588 (JLR) (RFT)**

Dear Judge Tarnofsky:

We write on behalf of defendant Tricon Energy Inc. ("Tricon") to request an enlargement of the word count for Tricon's memorandum of law in support of its motion to dismiss, due May 11, 2026.  While we understand that Judge Rochon will receive the motion to dismiss, we read the reference to Your Honor to include applications such as this.  To the extent that is incorrect, we are also sending this request to the Pro Se Intake Unit in accordance with Judge Rochon's Rules for Pro Se Cases.

We are aware of Judge Rochon's appreciation of "brevity" in limiting moving briefs to 8,750 words, absent prior permission (Judge Rochon's Individual Rules of Practice 3.C).  We write to seek an enlargement to 12,000 words, given the length of the subject pleading and the many grounds to dismiss.

Pro se plaintiff's Second Amended Complaint (ECF 21) is 91 pages, plus approximately 50 exhibits totaling nearly 450 pages.  Additionally, Plaintiff filed a 100-page Civil Rico Statement (ECF 31).  He alleges RICO with wire fraud, money laundering, extortion, bank fraud, and other predicate acts; RICO conspiracy; and nine separate common law claims.  Tricon currently intends to move to dismiss all claims on at least the following grounds:  Lack of standing/lack of RICO standing/lack of proximate cause; lack of personal jurisdiction; improper venue; improper process and service of process; statute of limitations; and failure to state a claim.

The expanded word count is needed in order to argue each ground with respect to each claim under the pertinent rubric as applied to the pertinent allegations.   No prior relief has been sought. We appreciate the Court's attention to this matter.

Respectfully,

_Louis M. Solomon_

Louis M. Solomon

cc:    Pro se Intake Unit (by overnight mail)
       Plaintiff John Kaweske (by overnight mail)

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ ATLANTA ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT
HONG KONG ♦ HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON