UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN KAWESKE,

                              Plaintiff,

        -against-

BANCO BRADESCO S.A., et al.,

                              Defendants.

Case No. 1:25-cv-06588 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of Plaintiff's various letters, notices, and declarations filed on May 18, 2026.  *See* Dkts. 55, 56, 57, 58, 59, 60, 61, 62, 63.  Having reviewed Plaintiff's submissions, the Court ORDERS as follows:

- Plaintiff's deadline to file a consolidated opposition to Defendant Tricon Energy Inc.'s ("Tricon") and Defendants Banco Bradesco S.A. and Bradesco Securities Inc.'s (collectively, "Bradesco" and together with Tricon, "Defendants") motions to dismiss, Dkts. 37, 47, is extended to **July 17, 2026**.  Plaintiff's word-count limit for the consolidated opposition is expanded to **17,500 words**.

- Defendants' deadline to reply is extended to **August 7, 2026**.

- Plaintiff's request for limited jurisdictional discovery in advance of the consolidated opposition brief deadline, *see* Dkt. 55 at 3, is GRANTED.  *See Vista Food Exch., Inc. v. Champion Foodservice, LLC*, 124 F. Supp. 3d 301, 313 (S.D.N.Y. 2015) ("The Court has broad discretion in determining whether or not to permit discovery aimed at establishing personal jurisdiction." (internal quotation marks and citation omitted)).  The discovery shall be overseen by Magistrate Judge Tarnofsky pursuant to this Court's referral order, Dkt. 17.

- The communications between the parties suggest that Plaintiff consented to service of the proposed sealed exhibits, Dkts. 51-1, 51-2, 51-3, 51-5, and 51-6, by electronic means, *see* Dkt. 58-2 at 4 ("If transmittal has already occurred by email [or] secure file share . . . please confirm the date, manner of transmission, and recipient address so that I can locate the materials."), with Bradesco effectuating such service through a secure file share link on May 15, 2026, *id.*; *see also* Dkt. 62 ¶ 9 ("I accessed the Box link . . . and have downloaded the five sealed exhibits and the motion to seal from that link.").  Notwithstanding his apparent consent, Plaintiff requests physical mailing of said exhibits.  Dkt. 56 at 1; Dkt. 57 at 1.  Accordingly, Bradesco must effectuate physical service of the exhibits forthwith, and Defendants are on notice that all future service should be conducted by physical mail.  Plaintiff's motion, Dkt. 59, is otherwise DENIED.

- Plaintiff has the right to cite to and rely on any sealed materials in this action. However, should Plaintiff cite to or reference any sealed materials in his submissions, that submission should likewise be made under seal.[1]  To make such a submission, Plaintiff should include the following language in the body of his email, "TO BE FILED UNDER SEAL," and refer to and attach this order to his request.

- The Court will defer ruling on Bradesco's motion to seal, Dkt. 46, *see also* Dkt. 63, until the Court renders its decision on the motions to dismiss.

---

[1] The Court will then review the filing and order unsealing or targeted redactions as necessary.

The Clerk of Court is respectfully directed to terminate the motions at Dkt. 59.

Dated: May 20, 2026
       New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge