UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN KAWESKE,

                Plaintiff,

     -against-

BANCO BRADESCO S.A., et al.,

               Defendants.

25-CV-06588 (JLR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

I construe Plaintiff's notice (ECF 68) as a request for reconsideration of my order granting Plaintiff limited jurisdictional discovery (ECF 67). Plaintiff argues that the recent terrorism designation of Comando Verhmelho and Primeiro Comado da Capital demonstrates that jurisdictional discovery in this matter "cannot reasonably be limited to superficial deposit documents" and "reinforces the materiality of discovery into [the Defendant] entities, [their] payment routes, compliance functions, records access, and New York or U.S.-linked financial infrastructure connected to" the chain of transactions that led to Plaintiff's alleged injury. (ECF 68.)

Reconsideration is appropriate when the moving party can "point to controlling decisions or data that the court overlooked . . . that might reasonably be expected to alter the conclusion reached by the court." *Kumaran v. Nat'l Futures Ass'n*, No. 20-CV-3668-(GHW), 2023 WL 3160116, at *1 (S.D.N.Y. Apr. 28, 2023) Whatever the significance of the designation for this case, the designation does not affect the assessment of whether this Court may properly exercise either general or specific personal jurisdiction over Defendants Banco Bradesco S.A., Bradesco Securities Inc. (the "Bradesco Entities"), Tricon Energy Ltd., Tricon Energy Inc., and

Tricon Energy Do Brasil Comercio De Productos Quimicos LTDA (the "TE Entities."). Accordingly, Plaintiff's application for reconsideration is DENIED.

Defendants' discovery obligations from my May 29, 2026 order (ECF 67) remain the same:

1. With regards to general personal jurisdiction, by **June 5, 2026**, the Bradesco Entities shall produce documents sufficient to show the legal status of Bradesco's New York branch office; and by **June 5, 2026**, the TE Entities shall produce documents sufficient to show the principal place of business and place of incorporation of TEI, TEL, and TE Brasil.

2. With regards to specific personal jurisdiction, Defendants shall produce, by **June 5, 2026,** documents sufficient to show any connections to New York of the 19 transactions at issue. Plaintiff may serve more targeted discovery requests on the TE Entities and the Bradesco Entities by **June 1, 2026**. If he does so, and if Defendants object, the parties shall meet and confer by **June 5, 2026**; and if the parties reach an impasse, Plaintiff may, by **June 10, 2026**, file a letter-motion to compel. If Plaintiff files such a letter-motion, the TE Entities and the Bradesco Entities shall have until **June 15, 2026** to respond by filing a letter on the docket.

DATED:  June 4, 2026  
         New York, NY

SO ORDERED.

_____  
**ROBYN F. TARNOFSKY**  
**United States Magistrate Judge**