UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JOHN KAWESKE, | 25-CV-06588 (JLR) (RFT) |
| Plaintiff, | |
| -against- | **ORDER** |
| BANCO BRADESCO S.A., et al., | |
| Defendants. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The request for extension of deadlines falls within the scope of my reference. The Court is aware that the Clerk's Office occasionally is unable to immediately upload documents sent by pro se litigants and assesses the timeliness of filings based on the date the document was sent to the Clerk's Office.

Plaintiff shall have until **June 22, 2026** to file his motion for reconsideration of my order dated June 4, 2026 on jurisdictional discovery (ECF 70). And Plaintiff's time to object to my order on discovery is extended until 14 days after entry of my order addressing his request for reconsideration. A discovery conference on Plaintiff's motion to compel (ECF 73) shall be held on **Thursday, June 25, 2026** at **11:00 AM**. Counsel for all parties are directed to join the conference at the scheduled time by dialing (646) 543-4442, Access Code: 347 487 856#.

Plaintiff's time to respond to the pending motions to dismiss (ECF 37, 47) is extended until **August 7, 2026**. Defendants' deadline to file replies is extended until **August 28, 2026**. To the extent that the scope of jurisdictional discovery is expanded as a result of Plaintiff's anticipated motions and possible objections to my orders, I would consider permitting very limited supplemental briefing on jurisdictional issues.

Defendants shall by **June 18, 2026** respond to Plaintiff's motion to deem certain entities

served.

DATED:  June 16, 2026                              SO ORDERED.
          New York, NY

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**