UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN KAWESKE,

              Plaintiff,

    -against-

BANCO BRADESCO S.A., et al.,

              Defendants.

25-CV-06588 (JLR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

In light of Plaintiff's letter requesting a briefing schedule for an anticipated motion for reconsideration of my jurisdictional discovery order (ECF 71), which is also the subject of this objection under Rule 72(a), this objection shall be held in abeyance until 14 days after a decision on the anticipated reconsideration motion. Plaintiff will have the opportunity to supplement this filing within 14 days after a decision on the anticipated reconsideration motion.

DATED: June 17, 2026
       New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**