UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN KAWESKE,<br><br>                              Plaintiff,<br><br>          -against-<br><br>BANCO BRADESCO S.A., et al.,<br><br>                              Defendants. | 25-CV-06588 (JLR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff's motion to deem entities served (ECF 72) is GRANTED as to Banco Bradesco S.A., Bradesco Securities Inc., and Tricon Energy Inc. and DENIED as to Tricon Energy Ltd. ("Tricon Ltd."). Bradesco Defendants and Tricon Energy Inc. withdrew their challenges to Plaintiff's service of Banco Bradesco S.A., Bradesco Securities Inc., and Tricon Energy Inc. (*See* ECF 74, Bradesco Opp. to Pl.'s Mot.; ECF 78, Tricon Opp. to Pl.'s Mot.) Plaintiff argues that he served Tricon Ltd. at an address that Tricon Ltd. later confirmed was correct and that if Tricon Ltd.'s only objection to service was that it was not served at the correct address, Plaintiff's service should be deemed sufficient. (*See* ECF 72, Pl.'s Mot. at 24.) However, in its Motion to Dismiss, Tricon Ltd. argued that the summonses it received were addressed to Tricon Energy Inc. and that it never received any summons directed at Tricon Ltd. (*See* ECF 39, Tricon Mot. to Dismiss at 11.) Tricon Ltd. filed a declaration attesting to this and attached the summonses and complaints that it did receive, which were addressed only to Tricon Energy Inc. (ECF 41, Decl. of Michelle Warren; ECF 78, Tricon Opp. to Pl.'s Mot.)

Accordingly, I find that Plaintiff has not effectuated proper service on Tricon Ltd. As such, Plaintiff's application for an extension of the deadline to serve Tricon Ltd. (ECF 87) is GRANTED

and his deadline to serve the second amended complaint and corrected summons on Tricon Ltd.

is extended until **July 7, 2026**.

The Clerk of Court is respectfully requested to issue a new summons as to Tricon Energy

Ltd. and to terminate ECFs 72 and 87.

DATED:  June 22, 2026                           SO ORDERED.
           New York, NY

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**