UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN KAWESKE,

              Plaintiff,

    -against-

BANCO BRADESCO S.A., et al.,

              Defendants.

25-CV-06588 (JLR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is Tricon's letter-motion to strike certain filings (ECF 84, 85) as irrelevant and improper. (ECF 88.) The application is **DENIED**. While Tricon is correct that the filing seeks no relief and therefore is not provided for by the Federal Rules, I decline to exercise my discretion to strike this filing by a pro se litigant, because I want to afford Plaintiff, who is proceeding pro se, a full opportunity to be heard.

DATED:  June 29, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**