UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN KAWESKE,

Plaintiff,

v. Case No. 1:25-cv-06588 (JLR)(RFT)

BANCO BRADESCO S.A.; BRADESCO SECURITIES INC.; TRICON ENERGY LTD.; TRICON ENERGY INC.; TRICON ENERGY DO BRASIL COMÉRCIO DE PRODUTOS QUÍMICOS LTDA.; MOHAMAD HUSSEIN MOURAD, also known as Primo; ROBERTO AUGUSTO LEME DA SILVA, also known as Beto Louco; and DOES 1 THROUGH 20,

Defendants.

**PLAINTIFF'S LETTER-MOTION TO SEQUENCE THE MOTION-TO-DISMISS OPPOSITION DEADLINE AND FOR NUNC PRO TUNC LEAVE TO MAINTAIN ECF 101 AS FILED**

July 14, 2026

Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Kaweske v. Banco Bradesco S.A. et al., No. 1:25-cv-06588 (JLR)(RFT)

Dear Judge Rochon:

Plaintiff John Kaweske, proceeding pro se, respectfully requests that the deadline for his consolidated opposition to the pending motions to dismiss (ECF 37, 47, 105), currently August 7, 2026, be extended to twenty-one days after resolution of his two pending Rule 72(a) objections: the objection to the June 29, 2026 Opinion & Order (ECF 97), filed July 5, 2026 and docketed at ECF 101, and the objection to the July 10, 2026 Order (ECF 109), filed herewith. The Court previously extended Plaintiff's opposition deadline to August 7, 2026 (ECF 82). After that date was set, Plaintiff made one prior request affecting the deadline: his motion at ECF 100 sought a stay of all proceedings, including the opposition deadline, and ECF 109 denied that request. This is Plaintiff's

first standalone letter-motion specifically directed to sequencing the August 7 deadline. On July 14, 2026, Plaintiff requested by email the positions of counsel for all appearing Defendants concerning this request. As of filing, no counsel has responded. No further court appearance is presently scheduled.

The basis for the request is the structure of the Court's own scheduling order. At ECF 64, the Court granted Plaintiff limited jurisdictional discovery and, in the same order, set the schedule for the consolidated opposition. The opposition deadline was therefore premised on jurisdictional discovery occurring before the opposition was due. The June 29, 2026 Opinion & Order (ECF 97) denied Plaintiff's motion to compel that discovery, and Plaintiff objected under Rule 72(a) (ECF 101). Plaintiff has also objected under Rule 72(a) to the July 10, 2026 order at ECF 109, by objection filed herewith. If either objection is sustained, the jurisdictional record on which the opposition must be briefed will change. Requiring the opposition to be filed before the objections are decided would require Plaintiff to brief personal jurisdiction and venue on the very record whose completeness is before the Court.

Plaintiff accordingly requests that the opposition deadline be sequenced to follow the Court's resolution of the two objections, at twenty-one days after that resolution, whichever way the objections are decided. In the alternative, if the Court prefers to retain the August 7, 2026 date, Plaintiff will meet it and preserves all objections and arguments.

Separately, Plaintiff brings one housekeeping matter to the Court's attention. ECF 101 contains 4,667 words. Plaintiff prepared it under the 8,750-word limitation applicable to motion memoranda under Local Civil Rule 7.1(c) and Rule 3.C of the Court's Individual Rules, and has since confirmed that Local Civil Rule 72.1(b)(2) applies the 3,500-word limitation of Local Civil Rule 6.3 to objection briefs. That was Plaintiff's error, raised here rather than awaiting it being

raised by others. Plaintiff respectfully requests that the Court accept ECF 101 as filed; in the alternative, Plaintiff will file a conforming objection of 3,500 words or fewer within seven days of the Court's order. Plaintiff seeks no other change to any deadline, and does not request any stay of Defendants' reply deadline beyond the adjustment that follows arithmetically from any extension granted.

Respectfully submitted,

/s/ John Kaweske
John Kaweske
Plaintiff Pro Se

cc: All counsel of record (by email and mail)

Request GRANTED. Plaintiff's deadline to file his consolidated opposition to the pending motions to dismiss is extended to **21 days following the Court's decision on his pending Rule 72(a) objections**, Dkts. 101, 111, 112. Defendants' replies in further support of their motions shall be due **14 days after** Plaintiff's submission of his opposition.

The Court shall accept Dkt. 101 as filed.

Dated: July 23, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**