UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN KAWESKE,

Plaintiff,

-against-

BANCO BRADESCO S.A., et al.,

Defendants.

25-CV-06588 (JLR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, UNITED STATES MAGISTRATE JUDGE:**

Plaintiff's deadline to serve the non-U.S. defendants was September 27, 2026. (*See* ECF 18.) Plaintiff has not filed proof of such service on the docket. Plaintiff is ordered by **October 15, 2026** to file a letter on the docket updating the Court on the status of his efforts to serve the non-U.S. defendants.

Dated: October 6, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**